UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
STEAMATIC OF NASHVILLE      )
& MIDDLE TENNESSEE,         )
                            )
        Plaintiff           )
                            )    No. 3:12-0657
v.                          )    Judge Nixon/Bryant
                            )    **Jury Demand**
COMCAST, INC. and           )
XO COMMUNICATIONS, INC.,    )
                            )
        Defendants          )
```

**O R D E R**

The parties have filed their proposed second amended case management order (Docket Entry No. 40). Upon review of the parties' proposed advised deadlines, the Court enters the following scheduling order to govern the progress of this case:

1. The deadline for Defendants' answers to the amended complaint is **August 1, 2014**.

2. All depositions shall be completed by **September 30, 2014**.

3. Any dispositive motion shall be filed no later than **October 30, 2014**. A response shall be filed within **28 days** from the filing of the motion and, in any event, no later than **November 28, 2014**. An optional reply, limited to **five pages**, may be filed within **14 days** following the filing of a response and, in any event, no later than **December 12, 2014**.

The parties may file a motion requesting a judicial settlement conference if they believe such a conference would be helpful.

Following consultation with the Senior District Judge, this case is set for trial on **March 24, 2015,** beginning at **9:00 a.m.** The pretrial conference is scheduled for **March 13, 2015**, at **10:00 a.m.**

It is so **ORDERED**.

/s/  John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge
