IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEAMATIC OF NASHVILLE & MIDDLE TENNESSEE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 3:12-cv-0657 ) Judge Nixon ) Magistrate Judge Bryant |
| COMCAST, INC., and XO COMMUNICATIONS, INC. | ) Jury Demand ) ) |
| Defendants. | ) |

ORDER:

a telephone case management conference is scheduled in that case on September 12, 2014, at 11:00. Counsel shall call 615-695-2851 to participate.

John Bryant
USMJ

## JOINT MOTION FOR SETTLEMENT CONFERENCE

The parties, Steamatic of Nashville & Middle Tennessee, Comcast, Inc., and XO Communications, Inc. hereby move the Court to refer the parties to a judicial settlement conference. Because of the amount in controversy, it would not benefit any party to undertake the expense and uncertainty of a trial. Nevertheless, to date the parties have been unable to settle this dispute themselves. The Court's August 4, 2014 Order (Doc. 43) provides that the parties may file a motion requesting a judicial settlement conference if they believe such a conference would be helpful. The parties do believe such a conference would be helpful, and they respectfully request that the Court grant this motion.